## Commonwealth *v.* Brister, Appellant.

Submitted June 14, 1971. *Charles Brister,* appellant, in propria persona; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Submitted June 14, 1971. *John R. Merrick,* Assistant Public Defender, for appellant; *James R. Freeman,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Order affirmed.